# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| United States of America<br>v.<br>**ERNEST HOLLMAN**<br>Date of Original Judgment: August 5, 2008<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>) Case No: CR-07-00168-04 (SLT)<br>) USM No: 64161-053<br>)<br>) William J. Stampur<br>) Defendant's Attorney |

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐  DENIED.  ☒  GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____57_____ months **is reduced to** _____37_____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment entered 8/5/2008 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: December 6, 2011

/? S/Sandra L. Townes
_____
Judge's signature

Effective Date: _____
*(if different from order date)*

Sandra L. Townes, United States District Judge
Printed name and title